**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

ALPHONSO WARD                                                                        PLAINTIFF

v.                                                                                           NO. 2:06CV107-P-D

BOLIVAR COUNTY REGIONAL CORRECTIONAL FACILITY, ET AL. DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated October 5, 2006, and the October 24, 2006, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated October 5, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(i) and 1915(g).

3. That in light of this holding, any motions currently pending in this case are hereby **DISMISSED** as moot.

4. That this case is **CLOSED.**

THIS, the 31st day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE